UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS TORO, individually and on behalf of all others similarly situated,

                                            Plaintiffs,

     -against-

APRIA HEALTHCARE, LLC.

                                            Defendant.
-------------------------------------------------------------------X

Case No. 1:23-cv-2127

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: January 30th, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Husch Blackwell LLP |
| By: *Mars Khaimov* | By: *[signature]* |
| Mars Khaimov, Esq. | Jackie Coffman, Esq. |
| 100 Duffy Avenue, Suite 510 | 8001 Forsyth Boulevard, Suite 1500 |
| Hicksville, New York 11801 | St. Louis, MO 63105 |
| Tel.: 929.324.0717 (direct) | 314-345-6711 |
| mars@khaimovlaw.com | Jackie.Coffman@huschblackwell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
Edgardo Ramos, U.S.D.J

January 31, 2024
New York, New York

4895-5040-3388.1